United States District Court
Southern District of Texas
**ENTERED**
August 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EMMA BROWN, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-04093 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| AMEC FOSTER | § | |
| WHEELER KAMTECH, | § | |
| INC, *et al*, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan dated June 17, 2022. Dkt 22. Also pending are objections filed by Defendants AMEC Foster Wheeler Kamtech Inc, Desroy Martin, and Wood Group USA Inc. Dkt 26.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Upon *de novo* review and determination, Defendants' objections lack merit. No clear error otherwise appears

upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The objections by Defendants AMEC Foster Wheeler Kamtech Inc, Desroy Martin, and Wood Group USA Inc to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 26.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 22.

The motion by Plaintiff Emma Brown to remand is GRANTED. Dkt 12.

Defendants' motion to strike is DENIED.  Dkt. 17.

The motion to dismiss by Defendant Desroy Martin is DENIED AS MOOT. Dkt. 2.

The motion by Brown to amend is DENIED AS MOOT. Dkt 13.

This action is REMANDED to the 281st Judicial District Court of Harris County, Texas.

The Clerk shall provide a copy of this Order to the District Clerk for Harris County, Texas.

SO ORDERED.

Signed on August 1, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge